JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOUIS HILLSTOCK and STEPHANIE HILLSTOCK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　Defendants. | NO. 2:21-cv-01768-SAB-PLA<br><br>**ORDER DISMISSING ACTION**<br><br>**[ECF NO. 25]** |

　　　　Before the Court is the parties' Stipulation of Dismissal of Plaintiffs' Claims Without Prejudice, ECF No. 25. The parties ask the Court to dismiss Plaintiffs' claims without prejudice with each party to bear their own costs.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiffs' Claims Without Prejudice, ECF No. 25, is **GRANTED**.
2. Plaintiffs' claims against all parties in the above-captioned action are **DISMISSED** without prejudice with each party to bear their own costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 19th day of August 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION** ~ 2